

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-15-00253-CV

Style:     In the Interest of K.M.-J. and D.A.R.-J., Children

Date motion filed[*]:     April 30, 2015

Type of motion:     First unopposed motion for extension of time to file brief

Party filing motion:     Appellant

Document to be filed:     Appellant's brief

Is appeal accelerated?     Yes

If motion to extend time:

    Original due date:     April 30, 2015

    Number of prior extensions:     0     Current Due date: April 30, 2015

    Date Requested:     May 29, 2015

Ordered that motion is:

    ☑     Granted

        If document is to be filed, document due:  May 29, 2015

        ☑     The Court will not grant additional motions to extend time

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

    **Appellant's motion for extension is granted.  No further extensions will be granted.** *See* **TEX. R. APP. P. 38.6(a), (d), 38.8(a).**

Judge's signature: /s/ Chief Justice Sherry Radack
          ☒ Acting individually     ☐ Acting for the Court
Panel consists of _____
Date:  May 5, 2015

November 7, 2008 Revision